1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney         JS 6
3  Chief, Tax Division
   TAMAR KOUYOUMJIAN (SBN 254148)
4  Assistant United States Attorney
       Room 7211 Federal Building
5      300 North Los Angeles Street
       Los Angeles, CA 90012
6      Telephone: (213) 894-7388
       Facsimile: (213) 894-5181
7      Email: Tamar.Kouyoumjian@usdoj.gov
   Attorneys for the United States of America

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11                      WESTERN DIVISION

12

13 UNITED STATES OF AMERICA,          Case No. CV 12-3134 DSF (MRWx)

14              Plaintiff,            **JUDGMENT FOR PERMANENT
                                      INJUNCTION AGAINST JAMES
15      vs.                           VUCHSAS AND GWEN VUCHSAS,
                                      d.b.a SECO INVESTIGATIVE
16 JAMES VUCHSAS d.b.a. SECO          SERVICES a.k.a. SECO
   INVESTIGATIVE SERVICES, a.k.a.     INVESTIGATIVE & SECURITY
17 SECO INVESTIGATIVE & SECURITY      SERVICES**
   SERVICES; GWEN VUCHSAS, d.b.a.
18 SECO INVESTIGATIVE SERVICES
   a.k.a. SECO INVESTIGATIVE &
19 SECURITY SERVICES,

20              Defendants.

21

22

23

24

25

26

27

28

                              1

Pursuant to the Stipulation for Entry of Judgment for Permanent Injunction against JAMES VUCHSAS and GWEN VUCHSAS, doing business as SECO INVESTIGATIVE SERVICES a.k.a. SECO INVESTIGATIVE & SECURITY SERVICES (collectively, "Defendants") and all matters properly made part of the record:

**IT IS ORDERED** that pursuant to 26 U.S.C. §§ 7402 and 7407, Defendants are PERMANENTLY ENJOINED, and required to perform the following:

1. Deposit SECO'S (or any substantially similar business owned by defendants in the next five years) withheld FICA and income taxes, as well as the share of FICA taxes required to be paid by employers, in an appropriate federal depository bank in accordance with the federal tax deposit regulations;

2. Deposit SECO'S (or any substantially similar business owned by defendants in the next five years) FUTA taxes in an appropriate federal depository bank in accordance with the federal tax deposit regulations;

3. Sign and deliver affidavits to a designated IRS Revenue Officer, or such other location as the IRS may deem appropriate, on the first day of each month, stating that the requisite withheld income, FICA, and FUTA tax deposits were made;

4. Timely file all employment and unemployment tax returns with the IRS.

5. Timely pay all required outstanding liabilities due with each Form 940 and 941 tax return at the time each tax return is filed; and

2

6. Notify the designated IRS Revenue Officer of any new company or business any of them may come to own in the next five (5) years.

**IT IS FURTHER ORDERED** that Defendants are prohibited after the date of the injunction from making any disbursements or assigning any property from the date of payment of wages until the amounts which are required to be withheld from the payment of those wages are, in fact, paid to the IRS.

**IT IS FURTHER ORDERED** that Defendants are prohibited from engaging in any conduct subject to penalty under Sections 6651, 6656, 6672, 7215, and 7512 of Title 26 of the United States Code.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor the compliance of Defendants with this injunction.

**IT IS FURTHER ORDERED** that Defendants have waived any and all right to appeal from this judgment.

///
///
///
///
///
///
///
///
///
///

3

**IT IS FURTHER ORDERED** that if Defendants violate this Judgment for Permanent Injunction, the violating party may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED.**

4/16/12

DATED: _____          _____

United States District Judge

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
TAMAR KOUYOUMJIAN
Assistant United States Attorney
Attorneys for United States of America

Approved as to form and content:


_____
JAMES VUCHSAS
Pro Se


_____
GWEN VUCHSAS
Pro Se


_____
JAMES VUCHSAS
President of SECO INVESTIGATIVE
SERVICES a.k.a. SECO INVESTIGATIVE
& SECURITY SERVICES

4